UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JAMES INGRAM, | ) |
| Plaintiff, | ) Case No. 1:18-CV-03269 |
| vs. | ) |
| NAVIENT SOLUTIONS, LLC, | ) |
| Defendants. | ) |

**NOTICE OF UNOPPOSED EXTENSION OF TIME FOR
NAVIENT SOLUTIONS, LLC TO RESPOND TO THE COMPLAINT**

Defendant Navient Solutions, LLC, ("NSL"), by counsel and pursuant to Local Rule 6-1, notifies this Court of an unopposed extension of time for NSL to answer or otherwise respond to the Complaint. In support thereof, NSL states as follows:

1. Plaintiff James Ingram ("Plaintiff") filed his Complaint in the above-captioned matter on October 23, 2018. (Dkt. 1.)

2. NSL was served with the Summons and Complaint on November 6, 2018. (Dkt. 6.)

3. The undersigned counsel was recently retained to represent NSL in this matter and needs additional time to review the case materials in order to file an appropriate response to the Complaint.

4. On November 21, 2018, counsel for NSL conferred with counsel for Plaintiff who does not object to the extension of time.

5. This is NSL's first motion for extension of time and the extension of time will not interfere with the Case Management Plan, scheduled hearings, or other case deadlines.

6. The original deadline for NSL to respond to the Complaint was Tuesday, November 27, 2018. NSL respectfully requests that this Court grant it an additional twenty-eight (28) days, up to an including December 26, 2018, to answer or otherwise respond to the Complaint.

WHEREFORE, for the reasons set forth herein, Defendant Navient Solutions, LLC respectfully requests that this Court enter an order granting NSL an additional twenty-eight (28) days, up to an including December 26, 2018, to answer or otherwise respond to the Complaint.

Dated: November 21, 2018                                    Respectfully submitted,

                                                By:   */s/ Brett W. Barnett*
                                                        One of Its Attorneys

Brett W. Barnett
McGuireWoods LLP
77 W. Wacker Drive, Suite 4100
Chicago, IL 60601-1818
Telephone: (312) 849-8100
Facsimile: (312) 849-3690
bbarnett@mcguirewoods.com

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was electronically filed on this day, November 21, 2018, with the Clerk of the Court using the CM/ECF system which will send notice of service to all attorneys of record.

                                                                       */s/ Brett W. Barnett*